## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CV 5224                                          Purchased/Filed: June 6, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program*     Plaintiff

against

*Julio Cesar Portes a/k/a Julio Portes, et al*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 26, 2008_____, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a civil Action and Complaint with Rule 7.1, Judges Rules, Consent and Rules for Electronic Filing                                                                                                                                    on

_____Mi Mundo Sport Bar Corp._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___38___   Approx. Wt: ___145___   Approx. Ht: ___5'5"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___30th___ day of _____June, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0806180

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

COPY

⹂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the November 10, 2007
Cotto/Mosley Program,
          Plaintiff,
V.

JULIO CESAR PORTES a/k/a JULIO PORTES and
DANNY HAKAK, Individually, and as officers,
directors, shareholders and/or principals of MI
MUNDO SPORT BAR CORP. d/b/a MI MUNDO
SPORTS BAR, and MI MUNDO SPORT BAR
CORP. d/b/a MI MUNDO SPORTS BAR,
          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5224

JUDGE McMAHON

TO: (Name and address of Defendant)

MI MUNDO SPORT BAR CORP. d/b/a MI MUNDO SPORTS BAR
2100 Amsterdam Avenue
New York, New York 10032

Our File No. 07-16-S03V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 6 2008

CLERK _Catherine Lapsley_       DATE
(By) DEPUTY CLERK