UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 08CV5224

J&J SPORTS PRODUCTIONS, INC. as Broadcast Licensee of
November 10, 2007 Cotto/Mosley Program
                          Plaintiff(s)/Petitioner(s)
                                against

JULIO CESAR PORTES aka JULIO PORTES and DANNY HAKAK,
Individually, and as officers, directors, shareholders and/or
pricipals of MI MUNDO SPORT BAR CORP. dba MI MUNDO SPORTS BAR
and MI MUNDO SPORT BAR CORP. dba MI MUNDO SPORTS BAR
                        Defendant(s)/Respondent(s)

AFFIDAVIT
OF
SERVICE

STATE OF NEW YORK, COUNTY OF New York SS:

      Keith P. Karaha, License No. 1212668     being duly sworn, says that the deponent is not a party to this action, is over 18 years age and resides at Bronx County.

That on 6/16/2008, at 3:16 PM, at 2100 Amsterdam Ave.,, New York, NY, 10032 deponent served the **Summons and Complaint, Rule 7.1 Individual Practices of Judge and Magistrate Judge, and Scheduling Order** on **Danny Hakak**, therein named

| | |
|---|---|
| PERSONAL<br>[] | by delivering a true copy of each to said respondent/recipient personally; deponent person described as said recipient therein. |
| CORPORATION<br>[] | a corporation, by delivering thereat true copy of each to, personally, deponent knew said corporation so served to be the corporation described in said papers as said recipient and knew said individual to be thereof. |
| SUITABLE AGE<br>PERSON<br>[x] | by delivering a true copy of each to **Ines "Doe" Owner** a person of suitable age and discretion who was willing to receive same <u>on behalf of all defendants</u>. Said premises are the recipient's **place of business** within the state. |
| AFFIXING TO<br>DOOR, ETC.<br>[] | by affixing a true copy of each to the door of said premises, which is the respondent(s) **place of business** within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there |

| DESCRIPTION OF RECIPIENT | Sex | Color | Hair | Approx Age | Approx Height | Approx Weight |
|---|---|---|---|---|---|---|
| | F | BROWN | BLOND | 35 | 5'6 | 140 |

Other Identifying Features:

Sworn to before me on JUN 19 2008
Steven Stewart
Notary Public, State of New York
No. 01ST50
Qualified in Queens County
Commission Expires Sept 23, 2010

Keith P. Karaha
License No.: 1212668

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,
     Plaintiff,
V.

JULIO CESAR PORTES a/k/a JULIO PORTES and DANNY HAKAK, Individually, and as officers, directors, shareholders and/or principals of MI MUNDO SPORT BAR CORP. d/b/a MI MUNDO SPORTS BAR, and MI MUNDO SPORT BAR CORP. d/b/a MI MUNDO SPORTS BAR,
     Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5224

JUDGE McMAHON

TO: (Name and address of Defendant)
**DANNY HAKAK, Individually, and as officer, director, shareholder and/or principal of MI MUNDO SPORT BAR CORP. d/b/a MI MUNDO SPORTS BAR**
2100 Amsterdam Avenue
New York, New York 10032    Our File No. 07-16-S03V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 6 2008

CLERK              DATE

(By) DEPUTY CLERK