ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **November 10, 2007
Cotto/Mosley** Program,

        Plaintiff,    **NOTICE OF DISMISSAL**

 -against-         Civil Action No.08-CV-5224-CM-DFE

JULIO CESAR PORTES a/k/a JULIO PORTES and
DANNY HAKAK, Individually, and as officers,
directors, shareholders and/or principals of MI MUNDO
SPORT BAR CORP. d/b/a MI MUNDO SPORTS BAR,

and

MI MUNDO SPORT BAR CORP. d/b/a MI MUNDO
SPORTS BAR,
        Defendants.
-------------------------------------------------------------

  J & J Sports Productions, Inc., Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that JULIO CESAR PORTES a/k/a JULIO PORTES, Individually, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure.

  This dismissal is specific to said Defendant and does not effect any remaining claims against any other named Defendant.

Dated: July 31, 2008
  Ellenville, New York        By: /s/ Julie Cohen Lonstein
                  Julie Cohen Lonstein, Esq.
                  Bar Roll No.  JL8512
                  Lonstein Law Office, P.C.
                  Attorneys for Plaintiff
                  1 Terrace Hill; PO Box 351
                  Ellenville, NY 12428
                  Telephone:  845-647-8500
                  Facsimile:   845-647-6277